UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MAJOR LEAGUE BASEBALL PROPERTIES, :
INC.,

               Plaintiff,

    -against-

DONRUSS PLAYOFF, L.P. and DONRUSS LLC,

              Defendants.



09 CIV 00593

------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Major League Baseball Entreprises, Inc. is the parent corporation of Major League Baseball Properties, Inc., and that there are no publicly held corporations that own more than 10% of the stock of Major League Baseball Properties, Inc.

Dated: New York, New York
       January 21, 2009

                          COWAN, LIEBOWITZ & LATMAN, P.C.

                          By: _____
                             Richard S. Mandel (RM-4884)

                        1133 Avenue of the Americas
                        New York, New York 10036-6799
                        (212) 790-9200

                        Attorneys for Plaintiff
                        Major League Baseball Properties, Inc.

21307/112/1085660.1