**JUDGE CHIN**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MAJOR LEAGUE BASEBALL
PROPERTIES, INC.,
          Plaintiff,

V.

DONRUSS PLAYOFF, L.P. AND
DONRUSS LLC,
          Defendants,

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**09 CIV 00593**

TO: DONRUSS LLC
1517 W. North Carrier Parkway
Suite 155
Grand Prairie, Texas 75050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard S. Mandel, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 790-9200
Fax: (212) 575-0671

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon           JAN 2 1 2009

CLERK                      DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## IN THE
## U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Major League Baseball Properties, Inc.<br>Plaintiff / Petitioner<br><br>vs.<br>Donruss Playoff, LP and Donruss LLC<br>Defedant / Respondent | CAUSE NO: **09 CIV 00593**<br><br>AFFIDAVIT OF SERVICE OF:<br>**Summons in a Civil Case; Rule 7.1 Statement; Complaint; Individual Practices of Judge Denny Chin; Individual Practices of Magistrate Judge Ronald L. Ellis** |

Came to hand on the 22nd day of January 2009 A.D. at 1:00 pm to be executed on: **Donruss LLC at 2300 East Randol Mill Rd, Arlington, Texas 76011**

I, Blake Nichols, being duly sworn, depose and say that on January 23rd, 2009 at 12:30 pm, I:

**Corporate Service**, by serving the Registered Agent or Managing Agent, **Scarlett Sizer**, with a true copy of this **Summons in a Civil Case; Rule 7.1 Statement; Complaint; Individual Practices of Judge Denny Chin; Individual Practices of Magistrate Judge Ronald L. Ellis** with the date and hour endorsed thereon by me, pursuant to State Statutes.

Additionally I had to attempt the service 1 time(s) previous and they are as follows:
01/23/09 @ 11:35 am at location 1517 W. North Carrier Parkway, Suite 155, Grand Prairie, Texas 75050
Address is Valspar Refinishing, spoke with an employee, he said that they have been at this located for approx. 6 years and he does not know of Donruss LLC.

I certify that I am over the age of eighteen, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to be on the 26 day of January, 2009 by the affiant who is personally known to me.

EDNA ZAMARRIPA
Notary Public ( Printed Name )

Notary Public ( Signature )

Blake Nichols (Printed Name)

Blake Nichols (Signature)

EDNA ZAMARRIPA
Notary Public, State of Texas
My Commission Expires
December 21, 2011

All American Civil Process
835 E. Lamar Blvd., Suite 405
Arlington, Texas 76011

Reference ID: 09A22-220151-01NTX

Copyright © 2007 All American Civil Process