USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MAJOR LEAGUE BASEBALL PROPERTIES,
INC.,

                              Plaintiff,

-against-

DONRUSS PLAYOFF, L.P. and DONRUSS LLC,

                              Defendants.
----------------------------------------------------------------x

Civil Action No. 09 CV 00593 (DC)

### STIPULATION OF EXTENSION OF TIME TO ANSWER

Plaintiff Major League Baseball Properties, Inc., and Defendants Donruss Playoff, L.P. and Donruss LLC (collectively "Donruss"), through their undersigned counsel, hereby stipulate and agree that the time for Donruss to serve an Answer or to otherwise move in response to the Complaint served on January 23, 2009, is hereby extended, 20 (twenty) days, to March 4, 2009.

Dated: February 10, 2009

Major League Baseball Properties, Inc. v. Donruss Playoff, L.P. et al      Doc. 5

COWAN, LIEBOWITZ & LATMAN, P.C.

_____
Richard S. Mandel (RM-4884)
1133 Avenue of the Americas
New York, New York 10036-6799
Tel: (212) 790-9291

Attorneys for Plaintiff
Major League Baseball Properties, Inc.

COOPER & DUNHAM LLP

_____
Norman H. Zivin (NZ-6053)
Tonia A. Sayour (TS-7208)
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 278-0400
Fax: (212) 391-0525

Attorneys for Defendants
Donruss Playoff, L.P. and Donruss LLC

IT IS SO ORDERED, this 13th day of February 2009.

_____
U.S.D.J.