UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MAJOR LEAGUE BASEBALL PROPERTIES,
INC.,                                                         Civil Action No. 09 CV 00593 (DC)

                                   Plaintiff,
        -against-

DONRUSS PLAYOFF, L.P. and DONRUSS LLC,

                                   Defendants.
-------------------------------------------------------------------x

## **RULE 7.1 STATEMENT**

                Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for private, non-governmental corporate parties Donruss Playoff, L.P. and Donruss LLC

(collectively "Donruss") certifies that there are no corporate parents, subsidiaries or affiliates of

Donruss which are publicly held.

                                        Respectfully submitted,

Dated: February 27, 2009                COOPER & DUNHAM LLP


                                         _/s Norman H. Zivin/_____
                                        Norman H. Zivin (NZ-6053)
                                        Tonia A. Sayour (TS-7208)
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        Tel:  (212) 278-0400
                                        Fax:  (212) 391-0525

                                        Attorneys for Defendants
                                        Donruss Playoff, L.P. and Donruss LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2009, the foregoing **RULE 7.1 STATEMENT** was filed using the CM/ECF system.  Notice of this filing will be sent to the following counsel of record for the interested parties by operation of the Court's electronic filing system:

Richard S. Mandel, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York  10036-6799


Attorney for Plaintiff
Major League Baseball Properties, Inc.


  /s Norman H. Zivin/
   Norman H. Zivin