AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

MAJOR LEAGUE BASEBALL PROPERTIES, INC.,
              Plaintiff,

-against-

DONRUSS PLAYOFF, L.P. and DONRUSS LLC,
              Defendants

**APPEARANCE**

Case Number: 09-CV-00593 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Donruss Playoff, L.P. and Donruss LLC

I certify that I am admitted to practice in this court.

2/27/09
Date

*Tonia A. Sayour* (signature)
Signature

Tonia A. Sayour           TS-7208
Print Name                     Bar Number

COOPER & DUNHAM LLP, 30 Rockefeller Plaza
Address

New York     NY     10112
City         State     Zip Code

(212) 278-0400     (212) 391-0525
Phone Number              Fax Number