**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09
```

- - - - - - - - - - - - - - - - - - - - - - - - - x
Major League Baseball Properties, Inc.,

          Plaintiff(s),                  09  Civ.  593  (DC)

      - against -

Donruss Playoff, L.P.,

          Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - x

      The above-captioned action has been assigned to Judge Denny Chin.

      Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

      This conference will be held on April 6, 2009 at 11:00 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Major League Baseball Properties, Inc. v. Donruss Playoff, L.P. et al        Doc. 9

      Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

Dated:       New York, New York
            March 30, 2009

                           Sincerely,

                           David Tam
                           Courtroom Deputy Clerk
                           U.S.D.C. - S.D.N.Y.
                           500 Pearl Street, Rm. 1020
                           New York, New York  10007
                           (212) 805-0096